STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney
LARRY L. BUTRICK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2001

at ___ o'clock and 39 min. A.M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01 00056 HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [Title 18, U.S.C. § 2113(a)] |
| DARRICK PALENCIA, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about February 7, 2001, in the District of Hawaii, the defendant, DARRICK PALENCIA, did by intimidation, take from the person and presence of another money, belonging to and in the care, custody, control, management, and possession of the American Savings Bank, located at 95-221 Kipapa Drive, Mililani, Hawaii. A bank as defined in Title 18, U.S.C. § 2113(f).

All in violation of Title 18, U.S.C. § 2113(a).

DATED: _____FEB 20 2001_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U. S. Attorney

_____
LARRY L. BUTRICK
Assistant United States Attorney

UNITED STATES v. DARRICK PALENCIA
"Indictment"