AO 442 (Rev. 10/03) Warrant for Arrest

544583

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 01-00056HG-01 |
| DARRICK PALENCIA | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST DARRICK PALENCIA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUL 2 0 2006
at 3 o'clock and __ min __ M
SUE BEITIA, CLERK

2006 JUL 19 AM 7:47
U.S. MARSHALS SERVICE HONOLULU, HI.
RECEIVED

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | July 18, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant    By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 91-621 KILAHA ST #75 EWA BEACH, H.I.

| Date Received 7-19-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 7-19-06 | RUSSELL NAKASATO DUSM | [signature] |